# PD-0136-15

IN THE COURT OF CRIMINAL APPEALS OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 06 2015

Abel Acosta, Clerk

| | | |
|---|---|---|
| RONALD GENE GRIZZLE, pro se | § § § | |
| Movant/Petitioner | § § | CAUSE |
| vs. | § § | [Number To Be Assigned] |
| STATE OF TEXAS, | § § | |
| Respondent | § | |

FILED IN
COURT OF CRIMINAL APPEALS

FEB 06 2015

Abel Acosta, Clerk

## MOTION TO SUSPEND RULES 9.3(b) AND 9.4(f)

RONALD G. GRIZZLE, Movant/Petitioner, moves the Court per

TEX. R. APP. P. 2 to suspend Rules 9.3(b) and 9.4(f), due to:

1.    GRIZZLE is indigent, incarcerated, appears pro se, and has no access to copier, stapler, nor binding equipment.

2.    The filing timetable would impose hardship on GRIZZLE were he to hand type or write copy quantities required while also preparing copy for the State's lawyers.

HEREFORE, PREMISES CONSIDERED, Movant/Petitioner moves the Court to suspend Rules 9.3(b) and 9.4(f) and permit filing of only the original unbound copy in this proceeding.

Respectfully submitted,

Ronald Gene Grizzle,
Movant/Petitioner, pro se

Ronald Gene Grizzle
TDCJ-ID 1935380
3872 FM 350 South
Livingston, Texas 77351

## VERIFICATION

I, Ronald G. Grizzle, under penalty of perjury sign above to aver my foregoing material statements on 2 February 2015 in Polk Co.

## CERTIFICATE OF SERVICE

I, Ronald G. Grizzle, sign above to certify I served a true and correct copy of above document on L. C. McMinn, State Prosecuting Attorney, P.O. Box 13046, Austin, TX 78711; and D. S. Hanna, Johnson Co. Dist. Attorney, 204 S. Buffalo, Suite 209, Cleburne, Texas 76033; via First Class Mail on 2 February 2015.